UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81860-CIV-MARRA

RENTZ KOLVA,

Plaintiff,

vs.

JONES LUMBER - US LBM, LLC, MRJ
HOLDINGS, INC., TERRY L. SMITH, and
MARK R. JONES,

Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff's Motion for Approval of Settlement and Request for Dismissal with Prejudice (DE 6).  The Court has carefully reviewed the case record and the Settlement Agreement.

The Court has conducted a review of the parties' settlement agreement in order to "scrutiniz[e] the settlement agreement for fairness" in accordance with Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).  The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Id. at 1355.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Settlement Agreement among the parties is hereby **APPROVED**.

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

3. All pending motions are **DENIED AS MOOT.**

      4.      The Clerk shall **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of January, 2017.

_____
KENNETH A. MARRA
United States District Judge